UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL DORIA,<br><br>　　　　Petitioner,<br><br>　v.<br><br>SCOTT FRAUNHEIM,<br><br>　　　　Respondent. | 1:20-cv-00178-JDP (HC)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

Petitioner Lionel Doria, a state prisoner proceeding without counsel, petitioned for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 1. The petitioner is challenging a conviction from Sacramento County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Petitioner is currently incarcerated in Fresno County, which is part of the Fresno Division of this court. Under 28 U.S.C. § 2241(d), venue is proper in the judicial district where the petitioner was convicted or the judicial district where petitioner is incarcerated. Therefore, both the Sacramento and Fresno divisions have concurrent jurisdiction. *See* § 2241(d). However, because petitioner is attacking the validity of his Sacramento conviction, we will transfer this case to the Sacramento division for the ease and convenience of the parties and the court. *See id*.

Pursuant to Local Rule 120(f), a civil action that has not been commenced in the appropriate court may, on the court's own motion, be transferred. Therefore, we will transfer this

1

action to the Sacramento Division.

**Order**

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento.

2. All future filings shall reference the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

3. The court has not yet ruled on petitioner's motion to proceed *in forma pauperis*. ECF No. 2.

IT IS SO ORDERED.

Dated: __February 10, 2020__  
 UNITED STATES MAGISTRATE JUDGE

No. 206.